UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLOBAL EDGE DESIGN INC.,                         20 Civ. 9654 (PKC)

                  Plaintiff
    -against-                                          ORDER

MATTHEW JUSTIN MICHEL,

                  Defendant
-----------------------------------------------------------------X

CASTEL, U.S.D.J.

        The initial pretrial conference scheduled for January 20, 2021 is VACATED.

        SO ORDERED.

                                                     P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
           January 15, 2021