**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GLOBAL EDGE DESIGN INC.,

                Plaintiff,

-against-                              20 **CIVIL** 9654 (PKC)

                                              **JUDGMENT**

MATTHEW JUSTIN MICHEL,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 20, 2021, Michel's motion to dismiss this action for lack of personal jurisdiction is GRANTED. Because the Court has granted his motion, it declines to decide the alternative motion to transfer, which was not fully addressed in either party's brief; accordingly, the case is closed.

**Dated:** New York, New York
         April 20, 2021

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                                       BY: _____
                                                        **Deputy Clerk**